DIANE J. HUMETEWA
United States Attorney
District of Arizona
DAVID A. KERN
Assistant U.S. Attorney
Arizona State Bar No. 012027
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
david.kern@usdoj.gov
Attorneys for Plaintiff

FILED___ LODGED
RECEIVED___ COPY

2009 JUL 22 | P 5: 38

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Antonio Aguilar-Benitez;

    Defendant.

**INDICTMENT**

**CR09-1547 TUC** JMR|
HCE

Violations:
31 U.S.C. § 5316
31 U.S.C. § 5317
31 U.S.C. § 5322
31 U.S.C. § 5332

(Bulk Cash Smuggling; Failure to Report Monetary Instruments; Forfeiture)

**THE GRAND JURY CHARGES:**

### COUNT ONE

That on or about June 23, 2009, at or near Nogales, in the District of Arizona, Antonio Aguilar-Benitez, did knowingly conceal more than ten thousand dollars ($10,000.00) in currency or other monetary instruments, that is a total of approximately $200,000 in United States currency, on the person of such individuals or in any conveyance, article of luggage, merchandise, or other container, and did knowingly attempt to transport and transfer such currency or monetary instruments from the United States, that is, Nogales, Arizona, to a place outside of the United States, that is, Nogales, Sonora, in the Republic of Mexico, with the intent to evade a currency reporting requirement under Title 31,

1  United States Code, Section 5316, in violation of Title 31, United States Code, Section 5332 and
2  Title 31 of the Code of Federal Regulations, Section 103.23.

### COUNT TWO

That on or about June 23, 2009, at or near Nogales, in the District of Arizona, Antonio Aguilar-Benitez, was knowingly about to transport monetary instruments of more than ten thousand dollars ($10,000.00) at one time, that is approximately $200,000 in United States currency, from the United States, that is Nogales, Arizona, to a place outside of the United States, that is, Nogales, Sonora, in the Republic of Mexico, and each did willfully fail to file a report as required by the Currency and Foreign Transaction Reporting Act of 1970 as amended in 1986; all in violation of Title 31, United States Code, Sections 5316 and 5322, and Title 31 of the Code of Federal Regulation, section 103.23.

### FORFEITURE ALLEGATION

Upon conviction of the bulk cash smuggling violation alleged in Count One of this Indictment, Antonio Aguilar-Benitez, shall forfeit to the United States pursuant to Title 31, United States Code, Section 5332(b)(2), all property, real or personal, involved in the offense and property traceable thereto, including but not limited to: $200,000 in United States currency and a 1974 Ford Courier pickup, VIN SGTAPJ31310.

Upon conviction of the currency reporting violation alleged in Count Two of this Indictment, defendant, Antonio Aguilar-Benitez, shall forfeit to the United States pursuant to Title 31, United States Code, Section 5317(c)(1), all property, real or personal, involved in the offense and property traceable thereto, including but not limited to: $200,000 in United States currency and a 1974 Ford Courier pickup, VIN SGTAPJ31310.

//

All in violation of Title 31, United States Code, Sections 5332 and 5317.

A TRUE BILL

██████████████
Presiding

DIANE J. HUMETEWA
United States Attorney
District of Arizona

*/s/*
Assistant U.S. Attorney

JUL 2 2 2009

REDACTED FOR
PUBLIC DISCLOSURE

3